UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                      Plaintiff,

v.                                               Case No. 2:19–cr–20498–PDB–RSW
                                                Hon. Paul D. Borman

Alex Albert Castro, et al.,

                      Defendant(s),

_____

**NOTICE TO APPEAR BY VIDEO CONFERENCE**

    PLEASE TAKE NOTICE that a video conference has been scheduled before District Judge Paul D. Borman as follows:

    Government attorney(s) are hereby notified to participate as well as the defense attorney(s) for:  Alex Albert Castro, Jason Dale Kechego, Adam Taylor Wright

- STATUS CONFERENCE:  March 4, 2021 at 02:00 PM

The Court will host the conference.  The connection information is listed below:

**ZOOM WEBINAR:**   https://www.zoomgov.com/j/1610141531?pwd=RjZ0aTg0dVRwK1F5Ri9wVE41NWcrdz09  Passcode: 375734 Or iPhone one–tap : US: +16692545252,,1610141531# or +16468287666,,1610141531#

    Attorneys must review and comply with the attached Zoom Video Conference Policies and Guildelines.

    The public may request access to in–court proceedings by visiting the Court's website: http://www.mied.uscourts.gov

    **ADDITIONAL INFORMATION:**   Breakout rooms will not be available.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/D Tofil
                                                          Case Manager

Dated:   February 22, 2021

## ZOOM VIDEO CONFERENCE POLICIES AND GUIDELINES

### *General Court Policies:*

- All in-court proceedings will be considered the same as if held in the courtroom and an official record will be made. Appropriate attire is required.

- The judge has authority over the proceeding and participants as if they were physically present in chambers or the courtroom.

- The judge may terminate the proceeding if the video conference experience is not acceptable.

- Appropriate conduct is required. Be courteous and patient.

- For in-chambers conferences, an official record will not be made, unless the judge determines one is necessary. Connection information may not be forwarded, distributed or shared with non-parties without the Court's advance approval.

- Broadcasting, recording or photographing, including "screenshots" or other visual copying of a proceeding, is strictly prohibited.

### *Technical Responsibilities:*

- The court will not provide technical assistance for testing or troubleshooting equipment or connections, nor provide time during the proceeding to troubleshoot issues.

- Participants should take time prior to the proceeding to become familiar with Zoom. Directions, tutorials and support can be found at https://zoom.us. Devices and connections can be tested at https://zoom.us/test.

- Participants should use a good LAN, WiFi, or substantial LTE connection to ensure a quality connection.

### *Connecting to the Proceeding:*

- If a connection link has been provided, click the link to join (or copy and paste the link into a web browser). If prompted, download or launch Zoom and join with video and audio.

- Alternatively, visit https://zoom.us/join from a computer and enter the Meeting or Webinar ID. If prompted, download or launch Zoom and join with video and audio.

- For Apple/Android tablets and phones, install the Zoom App from the Apple or Android Store prior to the proceeding. Launch the Zoom App and join using the Meeting or Webinar ID.

### *Best Practices:*

- Use your full name in the display of the video window.

- Mute sound when not speaking to eliminate background noise.

- Unmute only when necessary to speak. Press the space bar to temporarily unmute.

- Avoid rustling papers and other extraneous noises.

- Speak one at a time.

- Spell proper names.

- Position the camera at eye level or slightly above eye level.

- Remember to look directly at the camera, not at the screen.

- Be mindful of what is behind you. Choose a solid neutral wall, if possible.

- Have proper lighting, ideally where light is directly on your face.