UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

vs.

                              Criminal No. 19-20498

                              Hon. Paul D. Borman

D-2, Jason Dale Kechego,

      Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF FIRST SUPERSEDING INDICTMENT

      I, Jason Dale Kechego, defendant in this case, hereby acknowledge that I have received a copy of the First Superseding Indictment before entering my plea, and that I have read it and understand its contents.

      I know that if I am convicted or plead guilty, I may be sentenced as follows:

| | |
|---|---|
| Count 1: | Mandatory life imprisonment and up to a $250,000 fine |
| Count 2: | Imprisonment for any term of years or for life and up to a $250,000 fine. |
| Count 3: | Imprisonment up to 20 years and up to a $250,000 fine. |
| Counts 4,5: | Imprisonment up to 10 years and up to a $250,000 fine. |

      I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

                                      /s/ Jason Dale Kechego w/perm by Henry Scharg

                                      _____

                                      Jason Dale Kechego
                                      Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

      I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

                                /s/Henry M. Scharg
                                _____
                                Henry M. Scharg
                                Counsel for Defendant

Dated: 4/2/2021