UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
         Plaintiff,

                                                      Case No. 19-20498
    -vs-                                              Hon. Paul D. Borman

ALEX ALBERT CASTRO and
JASON KECHEGO.
                    Defendants

## NOTICE OF DEFENSE BASED UPON MENTAL CONDITION

PLEASE TAKE NOTICE that the Defendant, Jason Dale Kechego, pursuant to Fed. R Crim. P. 12.2(b) intends to introduce expert testimony relating to a mental condition (intoxication) of the defendant bearing upon the issue of whether he had the mental state required to commit the offense charged.

                                                                      Respectfully submitted:

                                                                      /s/Henry M. Scharg
                                                                      Attorney for Jason Kechego

Dated: June 26, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
          Plaintiff,

                                      Case No. 19-20498
   -vs-                               Hon. Paul D. Borman

ALEX ALBERT CASTRO and
JASON KECHEGO.
                 Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that on June 26, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

                                Respectfully Submitted:

                                /s/ Henry M. Scharg (P28804)
                                Attorney for Defendant
                                30445 Northwestern Hwy, Suite 225
                                Farmington Hills, MI 48334
                                Phone; (248) 596-1111
                                E-mail: hmsattyatlaw@aol.com