UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         CRIMINAL NO.   19-20498

-vs-                                   HON. PAUL D. BORMAN

D-2 JASON KECHEGO,

        Defendant.

_____/

## MOTION AND BRIEF TO DISMISS COUNT TWO AS TO DEFENDANT JASON KECHEGO ONLY

The United States of America moves this Court for leave to dismiss Count Two of the First Superseding Indictment against Defendant Jason Kechego, Conspiracy to Commit First Degree Premeditated Murder, in the above-entitled case. On July 22, 2022, Defendant Kechego was found guilty after a jury trial of the lesser-included offense in Count One of Second Degree Murder, and was found not-guilty on Counts Three and Four.   For that reason, the ends of justice would best be served by this dismissal.

Respectfully submitted,


DAWN N. ISON
United States Attorney

*/s/ Andrew R. Picek*
Andrew R. Picek
Frances Lee Carlson
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9652
andrew.picek@usdoj.gov


Date:   July 27, 2022

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 27, 2022, I electronically filed this motion for the United States with the Clerk of the United States District Court for the Eastern District of Michigan using the ECF system, which will send notification of such filing to all counsel of record.

> <u>*/s/ Andrew R. Picek*</u>
> Andrew R. Picek
> Assistant United States Attorney
> United States Attorney's Office
> Eastern District of Michigan
> 211 West Fort Street, Suite 2001
> Detroit, Michigan 48226
> (313) 226-9652
> andrew.picek@usdoj.gov