**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA
         Plaintiff,

-vs-                                   Case No.  19-cr-20498
                                                Hon. Paul D. Borman

JASON DALE KECHEGO
                    Defendant

**EXPARTE MOTION FOR LEAVE TO FILE
DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL**

Now comes Defendant, Jason Dale Kechgo, through his counsel, Henry M. Scharg, and moves this Honorable Court to allow him to file Defendant's Sentencing Memorandum Under *S*eal, because it contains sensitive, personal and private information that should not be shared with the public.

                                                       Respectfully submitted,

                                                       /s/Henry M. Scharg (P-28804)
                                                       Attorneys for Defendant
                                                       30445 Northwestern Hwy, Suite 225
                                                       Farmington Hills, MI 48334
                                                       (248) 596-1111
                                                      E-mail: hmsattyatlaw@aol.com.

Dated: October 30, 2022